**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DEBRA VOLLE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA VOLLE, | ) Case No. 3:19-cv-08442-EMC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] DISMISSING ACTION WITH PREJUDICE** |
| | ) |
| CHIU J. YUAN, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Page 1 of 3

STIPULATION AND [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>STIPULATION</u>**

Debra Volle ("Plaintiff") and Chiu J. Yuan and Feng-Yin Yuan, 7-Eleven, Inc. (erroneously sued as 7-Eleven, Inc. and Muhar Enterprises Incorporation collectively dba 7-Eleven Store # 2367-14218A) and Muhar Enterprises Incorporation (erroneously sued as 7-Eleven, Inc. and Muhar Enterprises Incorporation collectively dba 7-Eleven Store # 2367-14218A)(collectively, "Defendants") stipulate and respectfully request that the Court dismiss this action in its entirety with prejudice pursuant to Fed. R. Civ. P 41(a)(2) with each side bearing their own attorney's fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over their settlement agreement pursuant to General Order No. 56.

Respectfully submitted,

Dated: April 1, 2021                    /s/ Irakli Karbelashvili
                                        Irakli Karbelashvili, Attorney for
                                        Plaintiff

Dated: April 1, 2021                    /s/ Michael Orr
                                        Michael Orr, Attorney for
                                        Defendants

Filer's Attestation

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                                        /s/ Irakli Karbelashvili
                                        Irakli Karbelashvili

STIPULATION AND [PROPOSED] ORDER

1

**[~~PROPOSED~~] ORDER**

2    Having reviewed the parties' stipulation, and good cause shown, this action is dismissed

3  in its entirety with prejudice with each side bearing their own attorney's fees, costs, and litigation

4  expenses. The Court retains jurisdiction over the settlement agreement. The Clerk shall close the

5  case file.

6

7    **IT IS SO ORDERED.**

8

9

10    Dated: <u>April 2, 2021</u>

    _____

    Hon. Edward M. Chen

11    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER